IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Napierkowski, Kenneth | Case Number: 04 B 15253 |
|---|---|---|
| | Napierkowski, Linda | Judge: Goldgar, A. Benjamin |
| | Printed: 10/29/08 | Filed: 4/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 16, 2008
Confirmed: August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,780.00 |  |
| Secured: |  | 10,276.70 |
| Unsecured: |  | 24,392.65 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,805.20 |
| Trustee Fee: |  | 2,086.95 |
| Other Funds: |  | 218.50 |
| Totals: | 38,780.00 | 38,780.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,805.20 | 1,805.20 |
| 2. | Chase Manhattan | Secured | 10,276.70 | 10,276.70 |
| 3. | ECast Settlement Corp | Unsecured | 576.65 | 576.65 |
| 4. | Kohl's/Kohl's Dept Stores | Unsecured | 55.27 | 55.27 |
| 5. | Resurgent Capital Services | Unsecured | 1,372.76 | 1,372.76 |
| 6. | Resurgent Capital Services | Unsecured | 1,759.52 | 1,759.52 |
| 7. | Discover Financial Services | Unsecured | 3,237.31 | 3,237.31 |
| 8. | Resurgent Capital Services | Unsecured | 709.83 | 709.83 |
| 9. | Resurgent Capital Services | Unsecured | 1,067.58 | 1,067.58 |
| 10. | ECast Settlement Corp | Unsecured | 764.57 | 764.57 |
| 11. | RoundUp Funding LLC | Unsecured | 386.57 | 386.57 |
| 12. | Specialized Management Consultants | Unsecured | 79.03 | 79.03 |
| 13. | Chase Manhattan | Unsecured | 317.77 | 317.77 |
| 14. | ECast Settlement Corp | Unsecured | 4,096.61 | 4,096.61 |
| 15. | ECast Settlement Corp | Unsecured | 4,760.53 | 4,760.53 |
| 16. | ECast Settlement Corp | Unsecured | 2,637.71 | 2,637.71 |
| 17. | Resurgent Capital Services | Unsecured | 2,570.94 | 2,570.94 |
| 18. | Mid America Federal Savings Bank | Secured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | First National Bank | Unsecured | | No Claim Filed |
| 21. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| | | | $ 36,474.55 | $ 36,474.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Napierkowski, Kenneth
   Napierkowski, Linda
   Printed: 10/29/08

Case Number: 04 B 15253
Judge: Goldgar, A. Benjamin
Filed: 4/16/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 468.65 |
| 4% | 92.40 |
| 3% | 69.30 |
| 5.5% | 380.27 |
| 5% | 76.23 |
| 4.8% | 222.50 |
| 5.4% | 777.60 |
|  | $ 2,086.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

